| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:98cr105-002 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR05-105-A-M3 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Randall Herpin Hodges 15253 Melrose Drive Prairieville, LA | DISTRICT Florida Northern | DIVISION Pensacola |
|---|---|---|
| | NAME OF SENTENCING JUDGE Roger Vinson, Senior U. S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/20/2004 — TO 8/19/2005 |

OFFENSE

Violation of Supervised Release

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4/12/05_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_May 18, 2005_
Effective Date

_[signature]_
United States District Judge

05 MAY 27 PM 1:14
FILED

RECEIVED
05 MAY 19 PM 8:45
U.S. PROBATION OFFICE
BATON ROUGE, LA